UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-0995

**Caption [use short title]**

**Motion for:** unopposed extension of deadline for reply brief

Puchtler v. Barclays PLC

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellant requests a one-week extension to the deadline for filing his reply brief in support of his appeal due to the recent deaths in the families of two attorneys responsible for the briefing.

**MOVING PARTY:** Michael Puchtler
**OPPOSING PARTY:** Barclays PLC, Barclays Bank PLC, et. al.

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Timothy D. Sperling
**OPPOSING ATTORNEY:** Jeffrey T. Scott

[name of attorney, with firm, address, phone number and e-mail]

Sperling Kenny Nachwalter LLC
321 North Clark St., 25th Floor, Chicago, IL 60654
(312) 641-3200 / tsperling@sperlingkenny.com

Sullivan & Cromwell LLP
125 Broad St., New York, NY 10004
(212) 558-4000 / scottj@sullcrom.com

**Court- Judge/ Agency appealed from:** United States District Court, Southern District of New York, Hon. Lewis J. Liman

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Timothy D. Sperling  **Date:** July 25, 2025  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 25-995

# United States Court of Appeals

*for the*

# Second Circuit

MICHAEL PUCHTLER, Individually and on
Behalf of All Others Similarly Situated,

*Plaintiff-Appellant,*

— v. —

BARCLAYS PLC, BARCLAYS BANK PLC, JAMES E. STALEY,
TUSHAR MORZARIA, AND C.S. VENKATAKRISHNAN,

*Defendants-Appellees.*

ON APPEAL FROM THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
NO. 1:24-CV-1872 (HON. LEWIS J. LIMAN)

### PLAINTIFF-APPELLANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR HIS REPLY BRIEF

BRUCE S. SPERLING
TIMOTHY SPERLING
JERRY M. SANTANGELO
NATHAN A. SHEV
SPERLING KENNY NACHWALTER LLC
321 N. Clark Street, 25th Floor
Chicago, IL 60654
(312) 641-3200

FREDERIC S. FOX
ROBERT N. KAPLAN
DONALD R. HALL
MELINDA CAMPBELL
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, NY 10022
(212) 687-1980

*Attorneys for Plaintiff-Appellant*

Plaintiff-Appellant respectfully requests that the Court grant a one-week extension to the current August 1, 2025 deadline for filing the reply brief in further support of his appeal (ECF No. 31) due to extraordinary circumstances, in accordance with Local Rule 27.1(f).

Specifically, the attorney primarily responsible for Plaintiff-Appellant's briefing, Timothy Sperling, has recently suffered the death of a close family member and will be sitting Shiva during the week of July 28. Additionally, another attorney working on the brief, Melinda Campbell, just lost her father, and will be traveling to attend his funeral, which will be held on August 2, 2025. Considering that Defendant-Appellees' brief was filed on July 18, 2025 (ECF No. 39), the loss of even a few days' time to work on Plaintiff-Appellant's reply brief creates a significant hardship that warrants relief. Plaintiff-Appellant has not previously requested any extensions to any appellate briefing deadlines, and Defendant-Appellees do not oppose this motion.

We therefore respectfully request permission to file Plaintiff-Appellant's reply brief in further support of his appeal on August 8, 2025.

Respectfully submitted,

*/s/ Timothy D. Sperling*
Bruce S. Sperling
Timothy Sperling
Jerry M. Santangelo
Nathan A. Shev
SPERLING KENNY NACHWALTER, LLC
321 North Clark Street, 25th Floor
Chicago, Illinois 60654
(312) 641-3200

Frederic S. Fox
Robert N. Kaplan
Donald R. Hall
Melinda Campbell
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, NY 10022
(212) 687-1980

*Counsel for Plaintiff-Appellant*

3

**CERTIFICATE OF SERVICE**

    I certify that, on July 25, 2025, an electronic copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and thereby served on counsel appearing in this case.

                                                 */s/ Timothy D. Sperling*