# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-five.

---

Michael Puchtler, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff - Appellant,

v.

Barclays PLC, Barclays Bank PLC, James E. Staley, Tushar Morzaria, C.S. Venkatakrishnan,

        Defendants - Appellees.

**ORDER**

Docket No. 25-995

---

    Appellant moves for an extension of time until August 8, 2025 to file the reply brief. Appellees do not oppose the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court